**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

SAMUEL LOPEZ,                                                    Civil Action No.

                              Plaintiff,                            1:22-cv-07143-LJL

    -against-

FORTY EAST BROADWAY CORP. and                        **JOINT STIPULATION OF**
SANDWICH HOUSE INC.                                      **DISMISSAL WITH PREJUDICE**

                              Defendants.
_____x


     Plaintiff, and Defendant Forty East Broadway Corp., by and through undersigned counsel

and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to

dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the

parties in this action, each party shall bear its respective fees and costs.

Dated November 23, 2022


By: /s _____         By: /s _____
Maria-Costanza Barducci, Esq.              Andrew Morris Weltchek Esq.
BARDUCCI LAW FIRM PLLC.                     Cohen Hochman & Allen
5 West 19th St., 10th Fl.                   75 Maiden Lane, Suite 802
New York, NY 10011                          New York, NY 10038
Telephone: (212) 433-2554                   212-566-7081
mc@barduccilaw.com                          aweltchek@chalegalteam.com
*Attorneys for Plaintiff*                   *Attorney for Forty East Broadway Corp.,*


cc: Via CM/ECF