**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————x

SAMUEL LOPEZ,                                                    Civil Action No.
                              Plaintiff,                         1:22-cv-07143-LJL

      -against-

FORTY EAST BROADWAY CORP.                       **NOTICE  OF VOLUNTARY**
SANDWICH HOUSE INC.                             **DISMISSAL WITHOUT**
                                                **PREJUDICE**

                              Defendants.

————————————————————x


Plaintiff, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby stipulate to dismiss this action without prejudice against

Sandwich House Inc.

Dated November 25th 2022


By: /s Maria Costanza Barducci

      Maria-Costanza Barducci, Esq.
      BARDUCCI LAW FIRM PLLC.
      5 West 19th St., 10th Fl.
      New York, NY 10011
      Telephone: (212) 433-2554
      mc@barduccilaw.com
      *Attorneys for Plaintiff*